Opinion issued May 26, 2005






 




In The

Court of Appeals

For The

First District of Texas






NO. 01-04-00181-CR






DERRICK DUANE JONES, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 263rd District Court

Harris County, Texas

Trial Court Cause No. 906927






CONCURRING OPINION

 I join the panel opinion in its discussion of appellant's first, second, and third
issues. However, I would overrule appellant's fourth issue on the basis that appellant
has failed to demonstrate a probability that, but for any alleged error by his trial
counsel, the result of the proceedings would have been different. Strickland v.
Washington, 466 U.S. 668, 687, 104 S. Ct. 2052, 2064 (1984); Thompson v. State, 9
S.W.3d 808, 812 (Tex. Crim. App. 1999). Accordingly, I concur in the judgment of
the Court. 


 Terry Jennings

 Justice



Panel consists of Justices Nuchia, Jennings, and Alcala.


Justice Jennings, concurring.


Do not publish. Tex. R. App. P. 47.2(b).